JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GERALDINE COOPER, an individual, | Case No. 2:23-cv-02011-CDS-DJA |
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD & DRUG CENTERS, INC., a foreign corporation; DOE INDIVIDUALS 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally, | **STIPULATION TO EXTEND DATE FOR FILING THE JOINT PRE-TRIAL ORDER** |
| Defendants. | **(FIRST REQUEST)** |

WHEREAS, Plaintiff's attorney has drafted a Proposed Joint Pre-Trial Order but due to Defense counsel preparing for and beginning a trial on November 4, 2024, before the Honorable Andrew P. Gordon in the case of *Sierra Golia-Huffman v. Smith's Food & Drug Centers, Inc.*, Case No. 2-21-cv-01260-APG-EJY, Defense counsel is unable to review and approve the Proposed Joint Pre-Trial Order prior to the due date for filing:  November 4, 2024;

WHEREAS, the parties have agreed to a brief extension (two weeks) in order for the parties to finalize and file the Joint Pre-Trial Order;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NG-C2N3CBX6 4869-2975-3845.1

1    IT IS HEREBY STIPULATED by and between Defendant SMITH'S FOOD & DRUG

2  CENTERS, INC., by and through its counsel JERRY S. BUSBY, ESQ., of the law firm COOPER

3  LEVENSON, P.A., and Plaintiff GERALDINE COOPER, by and through her attorney TRAVIS J.

4  RICH, ESQ. of the DAVID BOEHRER LAW FIRM , that the date for filing the Joint Pre Trial

5  Order be extended from November 4, 2024 until November 18, 2024.

6    Respectfully submitted this 4th day of November. 2024.

7  DAVID BOEHRER LAW FIRM             COOPER LEVENSON, P.A.

8
   /s/ Travis J. Rich                              /s/ Jerry S. Busby
9  TRAVIS J. RICH, ESQ.                    JERRY S. BUSBY, ESQ.
   Nevada Bar No. 012854                  Nevada Bar No. 001107
10 375 North Stephanie St., #711         3016 West Charleston Blvd., #195
   Henderson, NV  89014                    Las Vegas, Nevada  89102
11 (702) 750-0750                              (702) 366-1125
   Attorneys for Plaintiff                    Attorneys for Defendant
12 GERALDINE COOPER                      SMITH'S FOOD & DRUG CENTERS, INC.

13

14

15    IT IS SO ORDERED:

16

17    _____
      UNITED STATES MAGISTRATE JUDGE
18    DATED:  ___11/4/2024_____

19

20

21

22

23

24

25

26

27

28

NG-C2N3CBX6 4869-2975-3845.1