UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Geraldine Cooper,

       Plaintiff

v.

Smith's Food & Drug Centers, Inc.,

       Defendant

Case No. 2:23-cv-02011-CDS-DJA

**Order Directing Parties to File a Proposed Joint Pretrial Order**

      On November 4, 2024, the parties stipulated to extend the time to file their proposed joint pretrial order. ECF No. 11. That same day, United States Magistrate Judge Daniel J. Albregts approved the parties' stipulation thereby extending the deadline to November 18, 2024. ECF No. 12. As of the date of this order, the parties have not filed a proposed joint pretrial order.

      It is therefore ordered that the parties must prepare and file a proposed joint pretrial order consistent with Local Rules 16-3 and 16-4 by March 5, 2025.

Dated: February 19, 2025

                                        _____
                                        Cristina D. Silva
                                        United States District Judge