# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Geraldine Cooper, | Case No. 2:23-cv-02011-CDS-DJA |
| Plaintiff | **Order Rejecting Proposed Joint Pretrial Order** |
| v. | |
| Smith's Food & Drug Centers, Inc., | [ECF No. 14] |
| Defendant | |

    I directed the parties to file a proposed joint pretrial order by March 5, 2025. ECF No. 13. Although the parties timely complied, their proposed order does not include the estimated trial days and consents required by Local Rule 16-4, section X, and therefore it must be rejected.

    IT IS THEREFORE ORDERED that the parties' proposed joint pretrial order **[ECF No. 14] is rejected**. A second proposed joint pretrial order must be submitted by March 20, 2025.

Dated: March 6, 2025

_____
Cristina D. Silva
United States District Judge