JERRY S. BUSBY
Nevada Bar #001107
SCOTT L. STONEHOCKER
Nevada Bar #005512
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
sstonehocker@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GERALDINE COOPER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a foreign corporation; DOE INDIVIDUALS 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendants. | Case No. 2:23-cv-02011-CDS-DJA<br><br>**DEFENDANT SMITH'S FOOD & DRUG CENTERS, INC.'S REQUEST TO HAVE ITS CORPORATE REPRESENTATIVE ATTEND THE MANDATORY SETTLEMENT CONFERENCE ONLINE** |

Defendant SMITH'S FOOD AND DRUG CENTERS, INC. ("SMITH'S" or "Defendant"), by and through its counsel of record JERRY S. BUSBY, ESQ. and SCOTT L. STONEHOCKER, ESQ. of the law firm COOPER LEVENSOIN, P.A., hereby requests that its corporate representative be allowed to appear online for the upcoming mandatory settlement conference.

On March 27, 2025, this Court ordered that a settlement conference take place on Friday, May 30, 2025, at 10:00 A.M. (ECF No. 19). In the Order, the Court stated the following:

- In the case of non-individual parties, counsel must arrange for a representative with binding authority to settle this matter up to the full amount of the claim to be present for the duration of the SC.

- If any party is subject to coverage by an insurance carrier, then a representative of the insurance carrier with authority to settle this matter up to the full amount of the claim must be present for the duration of the SC.

/ / /

NG-C2N3CBX6 4910-0118-9952.1

- An attorney of record, individual parties, a fully-authorized representative, and a fully-authorized insurance representative must appear unless the court enters an order granting a request for exception.

The corporate representative who will be attending the settlement conference on behalf of Defendant resides near and works at the corporate headquarters of The Kroger Co.[1], located in Cincinnati, Ohio. The corporate representative for Defendant is planning to participate in the settlement conference with binding settlement authority but requests that online attendance be permitted.

On May 7, 2025, Defense counsel for SMITH'S contacted Plaintiff's attorney to ask if he would agree to have SMITH'S corporate representative appear online, if the Court would allow the same. Plaintiff's attorney stated that he is not opposed to SMITH'S representative attending online.

At this time, SMITH'S is planning to have a corporate representative from the home legal office of The Kroger Co. (SMITH'S "parent corporation") participate in the settlement conference. The corporate representative lives near the Kroger corporate office in Cincinnati, Ohio, and consequently it would cost several thousand dollars for the corporate representative to travel to Las Vegas to appear in person. Further, the corporate representative for SMITH'S is very familiar with settlement conferences and mediations and has attended many in the past. Accordingly, the SMITH'S representative fully understands the importance of the settlement conference, and Defendant suggests that the in-person appearance of a corporate representative is not necessary. Defendant further notes that it previously had corporate representatives participate online in settlement conferences with Magistrate Judge Albregts and other Magistrate Judges in Nevada and successfully resolved the cases.

SMITH'S home office will comply with whatever this Court orders and requests that it be allowed to attend remotely and save the expense for travel to use as additional consideration towards a settlement. Therefore, Defendant respectfully requests that this Court allow SMITH'S corporate representative to attend the May 30, 2025 Settlement Conference online.

SMITH'S is self-insured up to $5,000,000.00. Plaintiff has disclosed computed medical damages in the amount of $143,172.61 in its Fourth Supplement to Early Case Conference Disclosure of

---

[1] Defendant Smith's Food & Drug Centers, Inc. is a wholly owned subsidiary of Fred Meyer, Inc., which, in turn, is a wholly owned subsidiary of The Kroger Co.

Documents and Witnesses Pursuant to FRCP 26.1. Therefore, SMITH'S does not believe its excess policy, beyond the self-insured retention of $5,000,000.00, will be at issue herein. Accordingly, SMITH'S does not believe the attendance by an insurance representative is required by the Court's Order Setting Settlement Conference.

Dated this 7th day of May, 2025.

                COOPER LEVENSON, P.A.

By  /s/ *Scott L. Stonehocker*
      Jerry S. Busby
      Nevada Bar No. 001107
      Scott L. Stonehocker
      Nevada Bar No. 005512
      3016 West Charleston Boulevard - #195
      Las Vegas, Nevada 89102
      Attorneys for Defendant
      SMITH'S FOOD & DRUG CENTERS, INC.

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
U.S. MAGISTRATE JUDGE

DATED: 5/08/2025

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of COOPER LEVENSON, P.A. and that on this 7th day of May, 2025, I did cause a true copy of the foregoing **DEFENDANT SMITH'S FOOD & DRUG CENTERS, INC.'S REQUEST TO HAVE ITS CORPORATE REPRESENTATIVE ATTEND THE MANDATORY SETTLEMENT CONFERENCE ONLINE** to be served via CM/ECF electronic filing upon the following person(s):

David D. Boehrer, Esq.
DAVID BOEHRER LAW FIRM
375 North Stephanie Street - Suite 711
Henderson, NV  89014
Attorneys for Plaintiff

By  /s/ Theresa H. Rutkowski
     An Employee of
     COOPER LEVENSON, P.A.

NG-C2N3CBX6 4910-0118-9952.1