JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GERALDINE COOPER, an individual, | Case No. 2:23-cv-02011-CDS-DJA |
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD & DRUG CENTERS, INC., a foreign corporation; DOE INDIVIDUALS 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

WHEREAS, all Parties and their counsel have agreed upon a full and settlement of the above-captioned matter:

**IT IS HEREBY STIPULATED AND AGREED** by and between Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and David D. Boehrer, Esq. and Travis J. Rich, Esq. of DAVID BOEHRER LAW FIRM as counsel of record for Plaintiff GERALDINE COOPER as follows:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

NG-C2N3CBX6 4898-1984-7497.1

1. That the claims herein of Plaintiff GERALDINE COOPER against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

2. That the trial date set for June 30, 2025, be vacated.

IT IS SO STIPULATED.

DATED this 3rd day of June, 2025.

DAVID BOEHRER LAW FIRM

_/s/ DAVID D. BOEHRER_
DAVID D. BOEHRER, ESQ.
Nevada Bar No. 09517
TRAVIS J. RICH, ESQ.
Nevada Bar No. 12854
375 North Stephanie Street, Suite 711
Henderson, Nevada 89014
(702) 750-0750
Attorneys for Plaintiff
Geraldine Cooper

DATED this 6th day of June, 2025.

COOPER LEVENSON, P.A.

_/s/ JERRY S. BUSBY_
JERRY S. BUSBY, ESQ.
Nevada Bar No. 01107
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
Smith's Food & Drug Centers, Inc.

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES ~~DISTRICT~~ JUDGE

DATED: June 11, 2025